IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Judith H. Kusel,** *et al.* | * | |
| *On behalf of herself and others similarly situated* | * | |
| | * | |
| **Plaintiffs** | | |
| | * | |
| v. | | Case No. 1:18-cv-01413-JMC |
| | * | |
| **BJ's On The Water, Inc.** *et al.* | | |
| | * | |
| **Defendants** | | |
| _____ | / | |

## NOTICE OF CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES AND COSTS

**To:** Tipped Employees Of "BJ's On The Water" in Maryland at any time between May 15, 2015 and December 20, 2018 who have opted-in.

This notice is being sent to you regarding the attorneys' fees and costs being sought in the case caption **Judith Kusel v. BJ's On The Water, Inc.,** *et al.***, Case No. 1:18-cv-01413 GLR**, filed in the United States District Court for the District of Maryland (the "Civil Action"). Hoffman Employment Law, LLC has served as Class Counsel for the workers in the above-referenced case.

Based on information in BJ's On The Water records, you were previously identified as a class member who may be entitled to participate and receive a payment in the proposed settlement of claims asserted in the Civil Action. Furthermore, Class Counsel's records indicate that you have filed a notice to opt-in to the Civil Action. You are therefore receiving this notice of Class Counsel's Motion for Attorneys' Fees and Costs. Please read this Notice carefully.

This Notice is to inform you that the parties have reached an agreement on payment of attorneys' fees and costs, and of Class Counsel's intention to file a Motion for Attorneys' Fees and Costs (the "Motion"), that will be joined or unopposed by Defendants, detailing the amount of fees and costs sought, and your right to object to the Motion. As indicated in the previous notice, no Class Member will incur or be charged attorneys' fees and costs. Instead, Class Counsel, through the Motion, seeks compensation in the form of an award of attorneys' fees and costs to be paid by Defendants. The amount of attorneys' fees and costs being sought by Class Counsel was determined through negotiations with the Defendants.

**I.     What is the amount of legal fees being sought by Class Counsel?**

Class Counsel is seeking $88,450.76 in legal fees.

## II.     How many hours were involved in the course of performing as Class Counsel?

Class Counsel, in total, worked at least 380 hours on this Civil Action.

Senior and primary attorney Howard B. Hoffman will work at least 103.3 total hours.

Associate attorney Jordan S. Liew has worked 211.8 total hours. Associate attorney Gregory B. Herbers worked 51 total hours. Associate attorney Scott E. Kraff worked 6.3 total hours. Law clerk Timothy J. McGarry (pending admission to the DC Bar) will work an estimated 10.6 hours on this case.

Prior to any discounting, Class Counsel values their time at $98,890.50.

## III.    What are the hourly rates sought by Class Counsel?

Senior attorney Howard B. Hoffman is seeking an hourly rate of $400/hour.

Hoffman Employment Law, LLC is seeking $215.00/hour for associate attorney Jordan S. Liew, and $205.00/hour for associate attorneys Gregory B. Herbers and Scott E. Kraff. Hoffman Employment Law, LLC is seeking $150/hour for Law Clerk Timothy J. McGarry.

## IV.    What are the total amount of costs sought by Class Counsel?

Class Counsel is seeking $9,549.24 in costs. Costs are "out of pocket" expenses that Class Counsel has incurred in representing the Class. Notable costs include the expense of experts to calculate losses for participating Class Members.

## V.     Deadline by which Class Members may file an objection with the Court concerning any proposed award of legal fees and costs.

Class Members have the right to file an objection with the Court regarding the attorneys' fees and costs being sought. Class Members who wish to file an objection must send their objection to the address below via First Class United States Mail, postage prepaid, postmarked by November 27, 2019 and be received by December 4, 2019.

United States District Court
District of Maryland
Attn: Case No. 1:18-cv-01413-JMC
101 W. Lombard Street
Baltimore, Maryland 21201

The objection need not be in any specific form; a short and simple statement of your objection is sufficient. You do not need to be represented by counsel to object. If you are represented by counsel, they must comply with all Rules of the United States District Court for the District of

Maryland. If the Court holds a hearing on the issue of attorneys' fees and costs, you may attend, but it is not guaranteed the Court will hold a hearing.

### VI. What If You Have Questions?

If you have questions about this Notice, or want additional information, you can contact Class Counsel at the phone numbers and addresses listed below.

> Howard B. Hoffman, Esq.
> Jordan S. Liew, Esq.
> Hoffman Employment Law, LLC
> 600 Jefferson Plaza, Ste. 204
> Rockville, Maryland 20852
> (301) 251-3752 (tele)
> (301) 251-3753 (fax)
> hhoffman@hoholaw.com
> jliew@hoholaw.com

**THIS NOTICE IS SENT TO YOU BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND. UNLESS FILING AN OBJECTION TO THE SETTLEMENT, PLEASE DO NOT CONTACT THE COURT.**

Date: 11/14/19

Hon. J. Mark Coulson
U.S. District Court Magistrate Judge

