

PLAINTIFF'S
EXHIBIT
1-A
Blumberg No. 5199

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

Account Statement

Prepared for Judith Kusel

Re: BJ's On The Water FLSA Litig.

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $98,890.50 |
| New Balance | $98,890.50 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | $0.00 |
| Now Due | $98,890.50 |
| Trust Account | $0.00 |

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

## PRE-BILL

Judith Kusel

Invoice Date: November 15, 2019
Invoice Number: Pre-bill
Invoice Amount: $98,890.50

## Matter: BJ's On The Water FLSA Litig.

**Attorney's Fees**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 4/3/2018 | Review documents produced by Plaintiff along with log of events. (.5 hrs). Tele conf. with JK re status of matter. (.4 hrs). | H.B.H. | .90 | $360.00 |
| 5/11/2018 | Begin drafting Complaint; review and revise. Draft comm to client attaching Complaint. | H.B.H. | 2.30 | $920.00 |
| 5/13/2018 | Review comm from client re proposed draft lawsuit with substantive questions; respond re same. | H.B.H. | .20 | $80.00 |
| 5/14/2018 | Tele conf with client re factual allegations of lawsuit. | H.B.H. | .50 | $200.00 |
| 5/14/2018 | Continued revisions to draft lawsuit. | H.B.H. | 2.70 | $1,080.00 |
| 5/15/2018 | Continue review and revisions to Complaint re Rule 23 class allegations. (3.8 hrs). Draft proposed summons and civil cover sheet. (.2 hrs). Open case via ECF. and file opt-in notice. (.2 hrs). | H.B.H. | 4.20 | $1,680.00 |
| 5/29/2018 | Lengthy confer with HBH re nature of claims, status of discovery, and strategies moving forward and division of labor. | J.L. | 1.90 | $389.50 |
| 5/29/2018 | Directional conf with assoc atty J. Liew; discuss claims and strategies. | H.B.H. | 1.90 | $760.00 |
| 6/5/2018 | Review first amended NLRB charge | J.L. | .10 | $20.50 |
| 6/28/2018 | Draft notice of appearance | J.L. | .10 | $20.50 |
| 6/28/2018 | Editing notice of appearance | J.L. | .10 | $20.50 |
| 6/28/2018 | Finalizing and filing notice of appearance | J.L. | .20 | $41.00 |
| 6/30/2018 | Legal research re NLRB cases and being "asked to leave" as a termination. | H.B.H. | .50 | $200.00 |
| 7/6/2018 | Discuss w/ HBH re strat and status | J.L. | .10 | $20.50 |
| 7/12/2018 | Review answer and corp. disc. | J.L. | .30 | $61.50 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 7/12/2018 | Review Answer to Complaint. | H.B.H. | .40 | $160.00 |
| 7/12/2018 | Draft Joint Stipulation re Enterprise Coverage; forward to opposing counsel. | H.B.H. | 1.30 | $520.00 |
| 7/13/2018 | Tele conf. with J. Kusel re status of matter. | H.B.H. | .50 | $200.00 |
| 7/16/2018 | Legal research re Motion to Strike re characterization of "legal conclusions" and denials of same. | H.B.H. | 1.20 | $480.00 |
| 7/22/2018 | Review Complaint and Answer re denial of specific factual averments. Draft Rule 11 Motion; review and revise. Prepare materials and serve same. | H.B.H. | 2.10 | $840.00 |
| 7/23/2018 | Review email to op con and att. Rule 11 mot. | J.L. | .10 | $20.50 |
| 7/26/2018 | Draft and file mot. to ext. initi. rep. deadline | J.L. | .80 | $164.00 |
| 7/31/2018 | Draft email to op con. | J.L. | .10 | $20.50 |
| 8/2/2018 | Phone convo w/ op con re initial report issues | J.L. | .50 | $102.50 |
| 8/2/2018 | Tele conf with C. Pham and co-counsel re status report and related issues. | H.B.H. | .40 | $160.00 |
| 8/3/2018 | Draft joint initial report | J.L. | .90 | $184.50 |
| 8/3/2018 | Confer with JL re status report; review and revise same. | H.B.H. | .20 | $80.00 |
| 8/6/2018 | Draft comm to Court and opposing counsel re status conf call. | H.B.H. | .10 | $40.00 |
| 8/7/2018 | Review orders and event schedulings | J.L. | .10 | $20.50 |
| 8/7/2018 | Review case status | J.L. | .10 | $20.50 |
| 8/7/2018 | Conference on case | G.H. | .10 | $20.50 |
| 8/7/2018 | Review various filings by the Court, including referrals of case to Magistrate Judge for all litigation and mediation. | H.B.H. | .30 | $120.00 |
| 8/7/2018 | Confer with associate attorneys re status of matter and assignment of labor. | H.B.H. | .10 | $40.00 |
| 8/8/2018 | drafting interrogatories | G.H. | .80 | $164.00 |
| 8/8/2018 | Drafting RPDs | G.H. | .70 | $143.50 |
| 8/8/2018 | Drafting motion for consent of magistrate judge | G.H. | .50 | $102.50 |
| 8/8/2018 | Meet and confer with Associate Atty (G. Herbers) re preparation of written discovery; review and revise same. Transmit via email and priority mail. | H.B.H. | .80 | $320.00 |
| 8/12/2018 | Review scheduling of mediation. | H.B.H. | .10 | $40.00 |
| 8/15/2018 | Review, edit, and file consent motion to magistrate judge | J.L. | .40 | $82.00 |
| 8/15/2018 | Confer w/ HBH and GH re dual occupation OT calcs and strat re Rule 11 mot. | J.L. | .40 | $82.00 |
| 8/15/2018 | conf. with HBH and JL on case file, status, damage calculations, and assignments | G.H. | .40 | $82.00 |
| 8/16/2018 | Review email to def con re Rule 11 mot | J.L. | .10 | $20.50 |
| 8/16/2018 | Draft comm to C. Pham re Rule 11 Motion in response to the Defendants' failure to honestly plead to obvious allegations in Answer. Review and revise, transmit. | H.B.H. | .30 | $120.00 |
| 8/17/2018 | Review and respond to C. Pham re Rule 11 issue. | H.B.H. | .10 | $40.00 |
| 8/24/2018 | Draft Notice of Subpoena to ADP. (.5 hrs). Draft Subpoena Duces Tecum to ADP; review and revise. Transmit to C. Pham. | H.B.H. | 1.30 | $520.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 8/27/2018 | review email correspondence with opposing counsel | G.H. | .10 | $20.50 |
| 8/29/2018 | conf with HBH regarding case status and assignments, review client files | G.H. | 1.70 | $348.50 |
| 8/29/2018 | Confer with ADP representative re payroll subpoena. | H.B.H. | .40 | $160.00 |
| 8/30/2018 | Discuss case status with HBH and GH. | J.L. | .10 | $20.50 |
| 8/30/2018 | conf with HBH and JL regarding status and assignments | G.H. | .10 | $20.50 |
| 9/10/2018 | Confer. w/ HBH and GH re case status and assignment of duties. | J.L. | .10 | $20.50 |
| 9/10/2018 | Draft mot. for sanctions. | J.L. | 2.30 | $471.50 |
| 9/11/2018 | Draft and edit motion for sanctions. | J.L. | 1.80 | $369.00 |
| 9/11/2018 | Confer w/ HBH re opp to mot. to quash. | J.L. | .30 | $61.50 |
| 9/11/2018 | review email to opposing counsel regarding written discovery and future depositions | G.H. | .10 | $20.50 |
| 9/11/2018 | Draft opp to mot. to quash subpoena. | J.L. | 3.90 | $799.50 |
| 9/11/2018 | Draft comm. to C. Pham re overdue written discovery. | H.B.H. | .20 | $80.00 |
| 9/12/2018 | Draft and edit opp. to mot. to quash. | J.L. | 7.40 | $1,517.00 |
| 9/12/2018 | Phone confer w/ HBH re disco. production. | J.L. | .20 | $41.00 |
| 9/12/2018 | Briefly review discovery responses. | H.B.H. | .30 | $120.00 |
| 9/13/2018 | Confer w/ HBH re deficient disc. answers from Def. | J.L. | .50 | $102.50 |
| 9/13/2018 | Review and revise Opp to Motion to Quash. (.5 hrs). Draft insert. (.2 hr) Meet and confer with JL re revisions to Opposition to Motion to Quash. (.6 hrs) | H.B.H. | 1.30 | $520.00 |
| 9/13/2018 | Confer w/ HBH re revisions to opp. to mot. to quash subpoena. | J.L. | .60 | $123.00 |
| 9/13/2018 | Editing and revising op. to mot. to quash subpoena. | J.L. | .90 | $184.50 |
| 9/13/2018 | Draft letter to op con re. deficient disc. production. | J.L. | 3.20 | $656.00 |
| 9/13/2018 | Draft letter to op con. re. deficient disc. prod. | J.L. | .30 | $61.50 |
| 9/13/2018 | Confer with J. Liew re letter to Pham re deficient written discovery; discuss meritless objections and strategy moving forward. | H.B.H. | .30 | $120.00 |
| 9/14/2018 | Conduct legal research and revise op. to mot. to quash. | J.L. | 1.90 | $389.50 |
| 9/14/2018 | Review email from opposing counsel regarding conditional certification and settlement terms. | G.H. | .10 | $20.50 |
| 9/14/2018 | Revise. opp. to mot. to quash. | J.L. | .20 | $41.00 |
| 9/14/2018 | Confer w/ HBH to revise opp. to mot. to quash. | J.L. | .60 | $123.00 |
| 9/14/2018 | Final review and filing of opp. to mot. to quash subpoena. | J.L. | .30 | $61.50 |
| 9/14/2018 | Draft letter to op. con. re interrog. deficiencies. | J.L. | 5.60 | $1,148.00 |
| 9/14/2018 | Review and revise Opposition to Motion to Quash; confer with J. Liew re same. | H.B.H. | .60 | $240.00 |
| 9/14/2018 | Review comm. from Pham re class claims and value of same. | H.B.H. | .10 | $40.00 |
| 9/17/2018 | Review and respond to comm. from C. Pham re teleconference to discuss subpoena, etc. | H.B.H. | .10 | $40.00 |
| 9/18/2018 | Confer w/ HBH re revisions to letter to op. con on disc. deficiencies. | J.L. | .30 | $61.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 9/18/2018 | Review letter to opposing counsel regarding objections to interrogatory amswers. | G.H. | .20 | $41.00 |
| 9/18/2018 | Phone confer w/ HBH and op con. re settlement possibility and disc. issues. | J.L. | .30 | $61.50 |
| 9/18/2018 | Tele conf. with C. Pham re potential settlement. | H.B.H. | .30 | $120.00 |
| 9/18/2018 | Review and revise; finalize ltr to Pham re deficient interrogs. Confer with J. Liew re same. Draft comm. to C. Pham attaching same. | H.B.H. | 1.60 | $640.00 |
| 9/25/2018 | Review email from HBH to opposing counsel regarding possible settlement. | G.H. | .10 | $20.50 |
| 9/25/2018 | Review extensive email from HBH to Op Con. re settlement options and mechanics. | J.L. | .10 | $20.50 |
| 9/25/2018 | Draft lengthy comm to C. Pham re settlement terms and related issues. Review and revise. | H.B.H. | .80 | $320.00 |
| 9/27/2018 | Review client file and draft motion for conditional certification. | G.H. | 2.60 | $533.00 |
| 9/27/2018 | Conf with G. Herbers re conditional cert motion. Legal research re same; forward to G. Herbers. | H.B.H. | .50 | $200.00 |
| 9/28/2018 | Review email correspondence with opposing counsel regarding conditional certification. | G.H. | .10 | $20.50 |
| 9/28/2018 | Conf. with HBH and JSL regarding case status and assignments. | G.H. | .10 | $20.50 |
| 9/28/2018 | Convo w/ HBH and GBH re division of labor on case. | J.L. | .10 | $20.50 |
| 9/28/2018 | Review client file, draft motion for conditional certification. | G.H. | 1.80 | $369.00 |
| 9/28/2018 | Draft comm. to C. Pham re conditional cert re BJ's; review response. | H.B.H. | .20 | $80.00 |
| 9/28/2018 | Directional conf with assoc attys re status of matters. | H.B.H. | .10 | $40.00 |
| 10/1/2018 | Review client file (.3); Draft, review, and revise motion for conditional certification (1.8); Draft affidavit of Kusel (.5); Draft proposed order (.3); Draft proposed class notice (.4). | G.H. | 3.30 | $676.50 |
| 10/1/2018 | Briefly review Consent Mot re Cond Cert. | H.B.H. | .10 | $40.00 |
| 10/2/2018 | Draft ltr. to mag. jdg to request disc. conf. | J.L. | 1.70 | $348.50 |
| 10/2/2018 | Review w/ HBH ltr. to jdg. Coulson re discovery issues and req. conf. | J.L. | .30 | $61.50 |
| 10/2/2018 | Review and revise letter to Judge Coulson re discovery dispute. Confer with J. Liew re same. File via ECF. | H.B.H. | .50 | $200.00 |
| 10/4/2018 | Review email to opposing counsel regarding Motion for Conditional Certification. | G.H. | .10 | $20.50 |
| 10/4/2018 | Review and revise Unopposed Motion for Cond Cert. Review and revise Class Notice. Draft lengthy comm. to C. Pham re same. | H.B.H. | 1.80 | $720.00 |
| 10/9/2018 | Draft comm. to C. Pham re status of cond. cert. | H.B.H. | .10 | $40.00 |
| 10/11/2018 | Review email from HBH to opposing counsel regarding conditional certification | G.H. | .10 | $20.50 |
| 10/11/2018 | Conf. with HBH and JSL regarding documents | G.H. | .10 | $20.50 |

| | produced and assignments. | | | |
|---|---|---|---|---|
| 10/11/2018 | Review documents produced pursuant to discovery requests. | G.H. | .60 | $123.00 |
| 10/11/2018 | Conf. with HBH and JSL regarding case status and assignments. | G.H. | .10 | $20.50 |
| 10/11/2018 | Discuss case status w/ HBH and GBH. | J.L. | .10 | $20.50 |
| 10/11/2018 | Review email from HBH to op. con. re contested mot. for cond. cert. issues. | J.L. | .10 | $20.50 |
| 10/11/2018 | Review email from HBH to opposing counsel regarding conditional certification. | G.H. | .10 | $20.50 |
| 10/11/2018 | Review comm. from C. Pham with edits to Motion for Cond Cert.  Review Complaint.  Draft response re same. | H.B.H. | .40 | $160.00 |
| 10/11/2018 | Draft follow up comm. to C. Pham re status of cond cert. | H.B.H. | .10 | $40.00 |
| 10/12/2018 | Review disc. production. | J.L. | .90 | $184.50 |
| 10/12/2018 | Review email from HBH to Pl. re NLRP appeal of dismissal. | J.L. | .10 | $20.50 |
| 10/12/2018 | Draft comm. to J. Kusel re status of matter. | H.B.H. | .50 | $200.00 |
| 10/15/2018 | Review email from HBH to opposing counsel regarding mediation and conditional certification. | G.H. | .10 | $20.50 |
| 10/15/2018 | Review email from opposing counsel regarding mediation and conditional certification. | G.H. | .10 | $20.50 |
| 10/15/2018 | Draft comm to C. Pham re status of matter. | H.B.H. | .10 | $40.00 |
| 10/16/2018 | Tele conf. with J. Kusel re status of matter. | H.B.H. | .40 | $160.00 |
| 10/17/2018 | Review order re mot. to quash. | J.L. | .10 | $20.50 |
| 10/17/2018 | Review order from Judge Coulson regarding Defendants' Motion to Quash subpoena on ADP. | G.H. | .10 | $20.50 |
| 10/17/2018 | Review Order on Motion to Quash.  Forward to G. Herbers. | H.B.H. | .20 | $80.00 |
| 10/18/2018 | Extensive tele conf with C. Pham re methods of calculating damages and potential resolution, including conditional certification motion. | H.B.H. | .70 | $280.00 |
| 10/18/2018 | Conf. with HBH and JSL regarding case status and assignments. | G.H. | .20 | $41.00 |
| 10/18/2018 | Confer w/ HBH and GBH re settlement strat. | J.L. | .20 | $41.00 |
| 10/18/2018 | Review Def. disc. prod. to ID example OT dual oc. payment and deduc., discuss findings w/ HBH. | J.L. | .70 | $143.50 |
| 10/18/2018 | Survey paystubs to ID all pay periods w/ deductions, discuss findings w/ HBH. | J.L. | .70 | $143.50 |
| 10/18/2018 | Draft comm. to client re status of matter. | H.B.H. | .10 | $40.00 |
| 10/18/2018 | Confer with associates (JL & GH) re conf with C. Pham and strategies re settlement. | H.B.H. | .20 | $80.00 |
| 10/19/2018 | Review email from HBH to opposing counsel regarding potential terms of settlement. | G.H. | .10 | $20.50 |
| 10/19/2018 | Review email from HBH to op con. re detailed pot. settlement positions. | J.L. | .10 | $20.50 |
| 10/19/2018 | Draft extensive comm. to C. Pham re settlement proposals.  Review and revise. | H.B.H. | 1.50 | $600.00 |
| 10/22/2018 | Review email from opposing counsel regarding settlement discussions. | G.H. | .10 | $20.50 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 10/22/2018 | Draft comm to opposing counsel re postponement of mediation. | H.B.H. | .10 | $40.00 |
| 10/23/2018 | Review email from HBH to Court req. postponement of mediation confer. | J.L. | .10 | $20.50 |
| 10/23/2018 | Review email from HBH to Judge Copperthite regarding postponing mediation. | G.H. | .10 | $20.50 |
| 10/23/2018 | Draft lengthy comm to Chambers of Judge ADC re postponement of mediation.   Review and revise. | H.B.H. | .50 | $200.00 |
| 10/24/2018 | Review email from HBH to opposing counsel regarding settlement proposals. | G.H. | .10 | $20.50 |
| 10/24/2018 | Discuss w/ HBH and GBH case status and strat for med. confer. | J.L. | .10 | $20.50 |
| 10/24/2018 | Conf. with HBH and JSL regarding case status and mediation strategy. | G.H. | .10 | $20.50 |
| 10/24/2018 | Draft comm to C. Pham re status of matter. | H.B.H. | .10 | $40.00 |
| 10/25/2018 | Review jdg. sched. order. | J.L. | .10 | $20.50 |
| 10/25/2018 | Review Order of Court re scheduling. | H.B.H. | .10 | $40.00 |
| 10/29/2018 | Review email to op con re discovery moving forward. | J.L. | .10 | $20.50 |
| 10/29/2018 | Confer w/ HBH and GBH re unopposed. mot. cond. cert., tasks, and attempt to contact op con. | J.L. | .30 | $61.50 |
| 10/29/2018 | Conf. with HBH and JSL regarding motion for conditional certification and future assignments. | G.H. | .30 | $61.50 |
| 10/29/2018 | Review and revise motion for conditional certification, class notice, and declaration. | G.H. | .80 | $164.00 |
| 10/29/2018 | Tele conf. with C. Pham re potential settlement terms. | H.B.H. | .30 | $120.00 |
| 10/29/2018 | Phone call w/ op con and HBH re possible settlement. | J.L. | .30 | $61.50 |
| 10/31/2018 | Review and revise motion for conditional certification and accompanying documents. | G.H. | .20 | $41.00 |
| 11/2/2018 | Review documents produced pursuant to Plaintiff's RPDs. | G.H. | 1.00 | $205.00 |
| 11/2/2018 | Review Defendants' answers to interrogatories. | G.H. | .40 | $82.00 |
| 11/5/2018 | Review email from HBH to opposing counsel regarding Stipulated Order for Discovery Confidentiality. | G.H. | .10 | $20.50 |
| 11/5/2018 | Prepare confidentiality agreement and related Order. (.2 hrs).  Draft comm. to C. Pham re same.  (,1 hrs) | H.B.H. | .30 | $120.00 |
| 11/7/2018 | Review email from op con re conf. agreement. | J.L. | .10 | $20.50 |
| 11/7/2018 | Review email from opposing counsel regarding filing of confidentiality agreement. | G.H. | .10 | $20.50 |
| 11/8/2018 | Review joint mot to file, and confidentiality order. | J.L. | .10 | $20.50 |
| 11/8/2018 | Review email from HBH to opposing counsel regarding settlement offer, Motion for Conditional certification, and discovery from ADP. | G.H. | .10 | $20.50 |
| 11/8/2018 | Draft comm to C. Pham re filing of conditional certification and related status issues.  Review and revise. | H.B.H. | .30 | $120.00 |
| 11/9/2018 | Review email conver between HBH and op con re stay due to Def. medical issues. | J.L. | .10 | $20.50 |

| | | | | |
|---|---|---|---|---|
| 11/9/2018 | Review and respond to C. Pham re status of matter (Defendants and need for a stay). | H.B.H. | .20 | $80.00 |
| 11/9/2018 | Draft comm to C. Pham re ongoing status related issues. | H.B.H. | .20 | $80.00 |
| 11/12/2018 | Draft joint stay and prop. order. | J.L. | .90 | $184.50 |
| 11/12/2018 | Draft comm to J. Liew re Joint Motion to Stay. | H.B.H. | .10 | $40.00 |
| 11/14/2018 | Review email corresp. between HBH and op con. | J.L. | .10 | $20.50 |
| 11/14/2018 | Review draft motion to stay with proposed order. (.1 hrs).   Draft comm to C. Pham re status of matter. | H.B.H. | .20 | $80.00 |
| 11/15/2018 | Draft comm to C. Pham re status of matter. | H.B.H. | .10 | $40.00 |
| 11/16/2018 | Finalize and file joint motion to stay the case. | J.L. | .10 | $20.50 |
| 11/16/2018 | Tele conf. with C. Pham re status of joint motion. | H.B.H. | .10 | $40.00 |
| 11/16/2018 | Brief revision to Joint Stay; confer with JL re filing of same. | H.B.H. | .10 | $40.00 |
| 11/19/2018 | Review Order granting Motion to Stay. | H.B.H. | .10 | $40.00 |
| 11/19/2018 | Review Order granting Motion to Stay. | J.L. | .10 | $20.50 |
| 11/29/2018 | Review email corresp. between HBH and op con re status of Def. | J.L. | .10 | $20.50 |
| 11/29/2018 | Review email from HBH to opposing counsel regarding case status and conditional certification. | G.H. | .10 | $20.50 |
| 11/29/2018 | Draft comm to C. Pham re status of matter. | H.B.H. | .10 | $40.00 |
| 12/4/2018 | Draft comm to C. Pham re status of matter.  Review response. | H.B.H. | .10 | $40.00 |
| 12/7/2018 | Tele conf with C. Pham re BJ's settlement. | H.B.H. | .30 | $120.00 |
| 12/8/2018 | Review and sort prebill spreadsheet. | J.L. | .20 | $41.00 |
| 12/11/2018 | Review email from HBH to op con re settlement offer. | J.L. | .10 | $20.50 |
| 12/11/2018 | Review email from HBH to opposing counsel regarding settlement offer. | G.H. | .10 | $20.50 |
| 12/11/2018 | Draft comm to opposing counsel re settlement terms. | H.B.H. | .40 | $160.00 |
| 12/12/2018 | Tele conf. with J. Kusel re status of matter, incl. settlement potentials and cond. cert option. | H.B.H. | .10 | $40.00 |
| 12/12/2018 | Draft lodestar statement for legal fees as of December 8, 2018. | G.H. | .20 | $41.00 |
| 12/12/2018 | Review and revise Kusel Decl. | G.H. | .20 | $41.00 |
| 12/12/2018 | Draft email to opposing counsel regarding lodestar statement. | G.H. | .10 | $20.50 |
| 12/12/2018 | Review email from HBH to opposing counsel regarding damages and settlement. | G.H. | .10 | $20.50 |
| 12/12/2018 | Draft lengthy comm to opposing counsel re settlement terms and negotiations. | H.B.H. | .60 | $240.00 |
| 12/13/2018 | Review and revise contested motion for conditional certification. | G.H. | 1.70 | $348.50 |
| 12/14/2018 | Draft Herbers Decl. describing analysis of Plaintiff's earnings statements. | G.H. | 1.00 | $205.00 |
| 12/14/2018 | Review and revise motion for conditional certification. | G.H. | .50 | $102.50 |
| 12/14/2018 | Review and revise Motion for Conditional Certification, Proposed Order, and Exhibits. | G.H. | 1.20 | $246.00 |
| 12/14/2018 | Review email from HBH to op con re settlement and status report due. | J.L. | .10 | $20.50 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 12/14/2018 | Multi comm with J. Kusel re status of matter and Declaration. | H.B.H. | .30 | $120.00 |
| 12/14/2018 | Multi (2) comm with C. Pham re status of matter. | H.B.H. | .20 | $80.00 |
| 12/17/2018 | Review and revise motion for conditional certification. | G.H. | .50 | $102.50 |
| 12/17/2018 | Phone convo w/ HBH and op con re. settlement details and status report to court. | J.L. | .60 | $123.00 |
| 12/17/2018 | Draft, edit and re-draft joint status report re settlement negotiations. | J.L. | 1.00 | $205.00 |
| 12/17/2018 | Review joint status report w/ HBH | J.L. | .10 | $20.50 |
| 12/17/2018 | Edit joint status report. | J.L. | .20 | $41.00 |
| 12/18/2018 | Review motion for conditional certification and exhibits. | G.H. | .90 | $184.50 |
| 12/18/2018 | Confer w/ HBH re strat for set. offers. | J.L. | .40 | $82.00 |
| 12/18/2018 | Draft reminder email to op con re review of joint status report. | J.L. | .20 | $41.00 |
| 12/18/2018 | Review settlement communication from opposing counsel. | G.H. | .10 | $20.50 |
| 12/18/2018 | Finalize and file joint status report. | J.L. | .20 | $41.00 |
| 12/18/2018 | Multi (2)Conf. with HBH to review and revise motion for conditional certification and exhibits, discuss calculation of tip credit and overtime under FLSA and Maryland law and calculate overtime owed to clients. | G.H. | 1.90 | $389.50 |
| 12/18/2018 | Review Motion for Cond Cert and related papers with G. Herbers; discuss revisions to same.  Review payroll calculations; multi (2) confs. discuss calculations and proper method of calculating OT. | H.B.H. | 1.90 | $760.00 |
| 12/18/2018 | Review 2013 Employee Handbook for policies on deductions from employee pay. | G.H. | .20 | $41.00 |
| 12/18/2018 | Review email of counter offer to op con from HBH. | J.L. | .10 | $20.50 |
| 12/18/2018 | Review email from HBH to opposing counsel regarding Plaintiffs' settlement offer. | G.H. | .10 | $20.50 |
| 12/18/2018 | Revise Motion for Conditional Certification and accompanying documents. | G.H. | .90 | $184.50 |
| 12/18/2018 | Confer with J. Liew re settlement issues and strategies. | H.B.H. | .40 | $160.00 |
| 12/18/2018 | Draft extensive comm to C. Pham re settlement terms.  Review and revise, transmit. | H.B.H. | 1.40 | $560.00 |
| 12/18/2018 | Review status report. | H.B.H. | .10 | $40.00 |
| 12/19/2018 | Review GBH declaration calculation formatting. | J.L. | .20 | $41.00 |
| 12/19/2018 | Calculate wages owed to Plaintiffs, revise Herbers Decl. (1.8) Review and revise motion for conditional certification (.2) Review email from opposing counsel regarding settlement terms (.1). | G.H. | 2.10 | $430.50 |
| 12/19/2018 | Phone convo w/ HBH and op con re terms of set. offers. | J.L. | .20 | $41.00 |
| 12/19/2018 | Tele conf. with C. Pham and J. Liew re settlement. | H.B.H. | .20 | $80.00 |
| 12/20/2018 | Review email from HBH to opposing counsel | G.H. | 1.00 | $205.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | regarding settlement terms (.1). |  |  |  |
|  | Review and revise motion for conditional certification and exhibits (.9). |  |  |  |
| 12/20/2018 | Review mot. for cond. cert. | J.L. | .20 | $41.00 |
| 12/20/2018 | Review and save mot. cond. cert and exhibits. | J.L. | .10 | $20.50 |
| 12/20/2018 | Review and revise Motion for Cond. Cert; prepare materials and file via ECF. | H.B.H. | .80 | $320.00 |
| 12/21/2018 | Review email from op con re. settlement offer. | J.L. | .10 | $20.50 |
| 12/21/2018 | Review comm from Pham re settlement. | H.B.H. | .10 | $40.00 |
| 12/22/2018 | Review and respond to comm from C. Pham re settlement; explain measure of damages. | H.B.H. | .40 | $160.00 |
| 12/27/2018 | Draft comm to opposing counsel re status of matter. | H.B.H. | .10 | $40.00 |
| 12/31/2018 | Draft comm to opposing counsel re status of matter. | H.B.H. | .10 | $40.00 |
| 1/2/2019 | Review email from op con to HBH re settlement terms. | J.L. | .10 | $20.50 |
| 1/2/2019 | Review comm from C. Pham; draft response. | H.B.H. | .10 | $40.00 |
| 1/3/2019 | Tele conf with MPM. | H.B.H. | .10 | $40.00 |
| 1/3/2019 | Review and respond to comm from C. Pham re status of matter. | H.B.H. | .10 | $40.00 |
| 1/7/2019 | Lengthy tele conf. with C. Pham re terms of settlement. | H.B.H. | .70 | $280.00 |
| 1/8/2019 | Review email comms between HBH and Judge's chambers re status of case. | J.L. | .10 | $20.50 |
| 1/8/2019 | Tele conf. with C. Pham re potential terms of settlement. | H.B.H. | .50 | $200.00 |
| 1/8/2019 | Draft lengthy comm to Judge's Chambers re status of case. | H.B.H. | .60 | $240.00 |
| 1/9/2019 | Draft extensive comm to opposing counsel outlining terms of settlement. | H.B.H. | .80 | $320.00 |
| 1/10/2019 | Review email exchange between HBH and opposing counsel regarding settlement terms. | G.H. | .10 | $20.50 |
| 1/10/2019 | Draft comm to J. Liew re status of matter, including scheduling. | H.B.H. | .10 | $40.00 |
| 1/10/2019 | Review comm from C. Pham re settlement terms and respond with lengthy reply. | H.B.H. | .60 | $240.00 |
| 1/11/2019 | Tele conf with C. Pham re status of settlement; review together paystubs and discuss application and interpretation of settlement formula. | H.B.H. | .40 | $160.00 |
| 1/14/2019 | Review email comms. between HBH and court re case status. | J.L. | .10 | $20.50 |
| 1/14/2019 | Review and respond to Judge Coulson's law clerk (G. Waterworth) re status of pending settlement discussions. | H.B.H. | .10 | $40.00 |
| 1/16/2019 | Draft extensive comm to C. Pham, calculating sample check (Misty, 12.31.17) and confirming terms of settlement; review and revise same, transmit. | H.B.H. | 1.60 | $640.00 |
| 1/16/2019 | Review email comms between HBH and op con re set. calcs. and status to Court. | J.L. | .10 | $20.50 |
| 1/16/2019 | Review email comm from HBH to court re status of set. negotiations. | J.L. | .10 | $20.50 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 1/16/2019 | Review lengthy email from HBH to opposing counsel regarding terms of settlement and calculation of damages. | G.H. | .20 | $41.00 |
| 1/16/2019 | Draft comm to G. Waterworth re status of matter. | H.B.H. | .10 | $40.00 |
| 1/18/2019 | Tele conf with C. Pham re interpretation of damages re settlement proposal. | H.B.H. | .10 | $40.00 |
| 1/18/2019 | Review Order re cancellation of mediation conference. | H.B.H. | .10 | $40.00 |
| 1/21/2019 | Draft settlement agreement. | J.L. | 9.40 | $1,927.00 |
| 1/22/2019 | Draft set. agreement. | J.L. | 2.50 | $512.50 |
| 1/22/2019 | Draft class notice. | J.L. | 1.40 | $287.00 |
| 1/23/2019 | Discuss w/ HBH and GBH re intricacies of damage calcs, assignment of set. document tasks to associates. | J.L. | .50 | $102.50 |
| 1/23/2019 | Create flowchart for damage calculation visualization and understanding. | J.L. | 1.60 | $328.00 |
| 1/23/2019 | Review prior set. agreement, edit set. agreement. | J.L. | 1.90 | $389.50 |
| 1/23/2019 | Review case file, draft Joint Motion to Approve Settlement. | G.H. | 5.80 | $1,189.00 |
| 1/23/2019 | Conf. with JSL and HBH regarding case status, settlement agreement documents, and dividing assignments. | G.H. | .50 | $102.50 |
| 1/24/2019 | Update and format flowcharts for damage calcs. | J.L. | .40 | $82.00 |
| 1/24/2019 | Review and review Joint Motion for Prelim. Settlement Agreement (3.6); Review case file, draft proposed Order for Prelim Settlement Agreement (1.4); Draft Notice of Motion for Attorney Fees (.8). | G.H. | 5.80 | $1,189.00 |
| 1/24/2019 | Edit dmg. calc flowchart (0.8); edit set. agrment. (3.2). | J.L. | 4.00 | $820.00 |
| 1/25/2019 | Revise damage calc section of set. agrmnt, draft sec. re attorneys' fees motion notice (1.1); edit set. agrmnt. (1.2). | J.L. | 2.30 | $471.50 |
| 1/25/2019 | Draft Set. Claim Release Form. | J.L. | 1.30 | $266.50 |
| 1/25/2019 | Review and edit jnt. mot. for prelim. approval set. agreement. | J.L. | 1.10 | $225.50 |
| 1/25/2019 | Review and revise Motion for Approval of Settlement and Proposed Order (1.3); Review and revise Settlement Agreement (1.3). | G.H. | 2.60 | $533.00 |
| 1/30/2019 | Begin reviewing draft settlement agreement. | H.B.H. | 1.20 | $480.00 |
| 2/8/2019 | Revise settlement documents, conform exhibit numbers and title of documents, create exhibit tracker. | J.L. | 2.40 | $492.00 |
| 2/8/2019 | Review and revise Motion for Preliminary Approval and Proposed Order. | G.H. | 3.90 | $799.50 |
| 2/12/2019 | Review and revise settlement documents. | G.H. | 1.20 | $246.00 |
| 2/14/2019 | Tele conf with client re status of matter. | H.B.H. | .10 | $40.00 |
| 3/13/2019 | Review edits to settlement agreement w/ HBH. | J.L. | .20 | $41.00 |
| 3/13/2019 | Review HBH edits to settlement agreement and preliminary motion for settlement approval. | J.L. | 1.60 | $328.00 |
| 3/13/2019 | Review and revise Settlement Agreement.  Review | H.B.H. | 4.70 | $1,880.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | and revise Motion for Preliminary Approval. Confer with J. Liew re same. | | | |
| 3/14/2019 | Review and edit of the Class Notice, the Notice of Motion for Attorneys' Fees, the Preliminary Approval Order, and the Settlement Claim and Release of Claims Form. | J.L. | 1.20 | $246.00 |
| 3/14/2019 | Review and revise Class Notice; Notice of Mot Atty Fees; Settlement Claim and Release Form; and Preliminary Approval Order. (2.7 hrs). Confer with J. Liew re same. (.1 hrs). Review comm. from J. Liew to C. Pham re attaching docs. (.1 hrs). | H.B.H. | 2.90 | $1,160.00 |
| 3/17/2019 | Draft comm to opposing counsel re status of matter. | H.B.H. | .10 | $40.00 |
| 3/26/2019 | Tele conf. with C. Pham re status of matter. (.1 hrs; gratis). Draft comm to Court re status of matter. (.1 hrs). Tele conf with client re status of matter. (.1 hrs). | H.B.H. | .20 | $80.00 |
| 4/2/2019 | Review email correspondence with opposing counsel regarding settlement agreement and revisions. | G.H. | .10 | $20.50 |
| 4/2/2019 | Draft comm to opposing counsel re status of settlement; review response. | H.B.H. | .20 | $80.00 |
| 4/5/2019 | Review comm from C. Pham; forward to J. Liew. | H.B.H. | .10 | $40.00 |
| 4/9/2019 | Extensive review and editing of settlement agreement/edits and changes by opposing counsel, create settlement process timeline to organize various settlement deadlines. | J.L. | 6.70 | $1,373.50 |
| 4/10/2019 | Review and revise class notice, motion for preliminary settlement agreement, and settlement claim and release of claims form. | J.L. | 3.70 | $758.50 |
| 4/11/2019 | Confer w/ HBH re. opposing counsel's edits to settlement agreement, edit email to opposing counsel re. same. | J.L. | 1.00 | $205.00 |
| 4/11/2019 | Draft lengthy comm to opposing counsel re status of settlement. | H.B.H. | .40 | $160.00 |
| 4/15/2019 | Phone call w/ opposing counsel re. terms and edits to settlement agreement. | J.L. | 1.30 | $266.50 |
| 4/15/2019 | Lengthy tele conf with C. Pham (and JLiew) re proposed revisions to settlement agreement. | H.B.H. | 1.30 | $520.00 |
| 4/15/2019 | Review email communications between parties and Court re. settlement status. | J.L. | .10 | $20.50 |
| 4/16/2019 | Revise and edit settlement agreement. | J.L. | 3.50 | $717.50 |
| 4/17/2019 | Extensive edits to settlement agreement based on discussions of terms with HBH and opposing counsel. | J.L. | .80 | $164.00 |
| 4/24/2019 | Review and revise settlement agreement. | J.L. | .40 | $82.00 |
| 4/24/2019 | Conference w/ HBH and SEK on case status and assignment of duties. | J.L. | .10 | $20.50 |
| 4/24/2019 | Review Case Status | S.K. | .10 | $20.50 |
| 4/29/2019 | Review email communications regarding settlement agreement terms between HBH and opposing counsel. | J.L. | .10 | $20.50 |

| | | | | |
|---|---|---|---|---|
| 4/29/2019 | Review settlement agreement revisions. Draft multi comm to opposing counsel re status of matter and unresolved issues re settlement agreement. | H.B.H. | .90 | $360.00 |
| 4/30/2019 | Draft comm to opposing counsel re status of matter. | H.B.H. | .10 | $40.00 |
| 5/1/2019 | Review email communications from opposing counsel re. terms of settlement agreement and setting up phone confer. | J.L. | .10 | $20.50 |
| 5/1/2019 | Phone call w/ HBH, SEK and opposing counsel re. edits and terms of settlement agreement. | J.L. | .70 | $143.50 |
| 5/1/2019 | Confer w/ HBH and SEK re. case issues and strategy. | J.L. | .10 | $20.50 |
| 5/1/2019 | Call with Counsel re: Agreement | S.K. | .70 | $143.50 |
| 5/1/2019 | Mtg. with Howard and Jordan re: Case Status and Strategy | S.K. | .10 | $20.50 |
| 5/1/2019 | Review Case File: Pleadings and Case Status | S.K. | .90 | $184.50 |
| 5/1/2019 | Review emails Re: Settlement | S.K. | .10 | $20.50 |
| 5/1/2019 | Review and respond to comm. from C. Pham re settlement conf. (.1 hrs). Tele conf with C. Pham re settlement agreement issues. (.7 hrs). | H.B.H. | .80 | $320.00 |
| 5/1/2019 | Confer with Assoc. Attys JL and SK re status of matter. | H.B.H. | .10 | $40.00 |
| 5/3/2019 | Review email re: settlement | S.K. | .10 | $20.50 |
| 5/3/2019 | Edit settlement agreement. | J.L. | .20 | $41.00 |
| 5/3/2019 | Draft comm to C. Pham re status of matter; review response. | H.B.H. | .10 | $40.00 |
| 5/6/2019 | Revise settlement agreement to clarify language and terms. | J.L. | .10 | $20.50 |
| 5/6/2019 | Review emails between HBH and opposing counsel re. calculation of damages for settlement agreement. | J.L. | .10 | $20.50 |
| 5/6/2019 | Review and respond with lengthy comm to C. Pham re damage calculation issue. (.5 hrs). Research case law re potential motions to enforce class settlement. (1.8 hrs; gratis). | H.B.H. | .50 | $200.00 |
| 5/6/2019 | Tele conf with C. Pham re damage calcs. | H.B.H. | .10 | $40.00 |
| 5/7/2019 | Tele conf with C. Pham re settlement agreement revisions and status of matter. | H.B.H. | .70 | $280.00 |
| 5/8/2019 | Send email to opposing counsel re. settlement agreement issues. | J.L. | .40 | $82.00 |
| 5/9/2019 | Update and edit settlement claim form, joint motion for preliminary approval, proposed order, class notice, and settlement claim form. | J.L. | 4.20 | $861.00 |
| 5/9/2019 | Edit settlement documents for emailing to opposing counsel for review. | J.L. | .40 | $82.00 |
| 5/13/2019 | Review edits to settlement agreement by opposing counsel. | J.L. | .30 | $61.50 |
| 5/14/2019 | Review opposing counsel's edits to settlement documents, integrate changes and make minor typo corrections. | J.L. | 3.30 | $676.50 |
| 5/14/2019 | Draft email to opposing counsel re. edits to class notice. | J.L. | 1.00 | $205.00 |
| 5/14/2019 | Edit and send email to opposing counsel re. their | J.L. | .20 | $41.00 |

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| | edits to settlement class notice language. | | | |
| 5/14/2019 | Review Emails re: Settlement | S.K. | .20 | $41.00 |
| 5/14/2019 | Review proposed Class Notice and confer with JL re same.  Review draft comm from JL to C. Pham; review Federal Judicial Center website sample notices.  Propose edits to email. | H.B.H. | .40 | $160.00 |
| 5/15/2019 | Review emails between HBH and opposing counsel re. state of settlement documents. | J.L. | .10 | $20.50 |
| 5/15/2019 | Review Communications re: Settlement | S.K. | .20 | $41.00 |
| 5/16/2019 | Phone call w/ opposing counsel re. edits to class settlement notice. | J.L. | .20 | $41.00 |
| 5/16/2019 | Revise and edit settlement documents, finalize and send to opposing counsel for final review. | J.L. | .90 | $184.50 |
| 5/16/2019 | Tele conf with C. Pham (with assoc atty J. Liew) re remaining issues and changes to Class Notice. | H.B.H. | .20 | $80.00 |
| 5/16/2019 | Review communications re: Settlement | S.K. | .10 | $20.50 |
| 5/16/2019 | Review def's discovery answer (1.1); revise and edit written discovery to Def. Twin America in light of def's discovery responses and production (3.5). | J.L. | 4.60 | $943.00 |
| 5/17/2019 | Review settlement agreement and joint motion for filing, prepare exhibits. | J.L. | .60 | $123.00 |
| 5/17/2019 | Draft comm to client re settlement agreement. | H.B.H. | .20 | $80.00 |
| 5/17/2019 | Confer with J. Liew re attachment to settlement agreement (names/contact info).  Review comm from J. Liew to C. Pham re same. | H.B.H. | .20 | $80.00 |
| 5/20/2019 | Draft comm to opposing counsel re signature page. | H.B.H. | .10 | $40.00 |
| 5/21/2019 | Review settlement agreement for terms (0.1); draft email to opposing counsel re. production of names/contact information timing (0.2). | J.L. | .30 | $61.50 |
| 5/21/2019 | Send email to opposing counsel re. getting final signatures for set. agreement. | J.L. | .10 | $20.50 |
| 5/21/2019 | Send opposing counsel signature page for signing. | J.L. | .10 | $20.50 |
| 5/21/2019 | Prepare and finalize exhibit for settlement agreement. | J.L. | .10 | $20.50 |
| 5/21/2019 | Review Comms. re: opt-ins | S.K. | .10 | $20.50 |
| 5/22/2019 | Prepare and finalize settlement agreement and related docs for filing, file same, prepare documents for mailing to Court. | J.L. | 1.20 | $246.00 |
| 5/22/2019 | Review settlement documents to map out timeline and dates for settlement process. | J.L. | 1.10 | $225.50 |
| 5/22/2019 | Confer w/ HBH re. dates for settlement deadlines and procedure. | J.L. | .20 | $41.00 |
| 5/22/2019 | Edit settlement process timeline (0.4); send email to Court re. suggested settlement deadlines and dates (0.2). | J.L. | .60 | $123.00 |
| 5/28/2019 | Send email to opposing counsel re. settlement process dates. | J.L. | .10 | $20.50 |
| 5/28/2019 | Review comms. with counsel re: joint motion | S.K. | .10 | $20.50 |
| 5/29/2019 | Entering Notice of Appearance | S.K. | .20 | $41.00 |
| 5/29/2019 | Confer with assoc atty and review comms re timing of Order (preliminary approval). | H.B.H. | .10 | $40.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 5/29/2019 | Review comm from J. Liew re proposed dates; review response from G. Waterworth. | H.B.H. | .10 | No Charge |
| 5/30/2019 | Draft comm to expert witness re status of matter. | H.B.H. | .10 | $40.00 |
| 5/31/2019 | Review Settlement class contact list from Defendants | S.K. | .10 | $20.50 |
| 5/31/2019 | Update settlement process timeline (0.6); update class notice and settlement claim form with appropriate dates (0.4). | J.L. | 1.00 | $205.00 |
| 5/31/2019 | Draft comm to C. Pham re contact information; review response. (.1 hrs). Confer with associate attys re status of matter. (.2 hrs). | H.B.H. | .30 | $120.00 |
| 6/1/2019 | Confer with J. Liew re event dates and deadlines; review settlement agreement and discuss impact and timing of address disclosure on 5/31/19. | H.B.H. | .50 | $200.00 |
| 6/1/2019 | Confer w/ HBH re. dates and times. | J.L. | .50 | $102.50 |
| 6/4/2019 | Draft comm to G. Waterworth attaching settlement class documents. | H.B.H. | .10 | $40.00 |
| 6/5/2019 | Review Class Notice | S.K. | .10 | $20.50 |
| 6/6/2019 | Prepare class notice for mailing. | J.L. | .20 | $41.00 |
| 6/7/2019 | Review Notice of Class Action Settlement | S.K. | .20 | $41.00 |
| 6/7/2019 | Prepare class notice, addresses, settlement opt-in form for mailing. | J.L. | 2.60 | $533.00 |
| 6/10/2019 | Assist in mailing of class notice and opt-in forms. | J.L. | .10 | $20.50 |
| 6/10/2019 | Admin work associated with class administration (assist staff members in mailing; review, travel to and from USPO). | H.B.H. | 2.50 | $1,000.00 |
| 6/10/2019 | Comm with client re status of matter. | H.B.H. | .20 | $80.00 |
| 6/11/2019 | Prepare mailing of settlement class notice and opt-in form. | J.L. | .80 | $164.00 |
| 6/13/2019 | Phone call w/ pot. settlement class member. | J.L. | .20 | $41.00 |
| 6/20/2019 | Email settlement opt-ins with filed claim forms. | J.L. | .20 | $41.00 |
| 6/20/2019 | Email Pl. Ross re. filed settlement claim form. | J.L. | .10 | $20.50 |
| 6/21/2019 | Email Pl. Coats re. set. claim form. | J.L. | .10 | $20.50 |
| 6/25/2019 | Send email to Pl. Hewitt re. filed settlement claim form. | J.L. | .10 | $20.50 |
| 6/26/2019 | Email Pls. Grudzien, Whitacre and Siciliano re. filed set. claim forms. | J.L. | .20 | $41.00 |
| 6/27/2019 | Review settlement claim form by K. Billie.  Prepare and file via ECF. | H.B.H. | .10 | $40.00 |
| 6/28/2019 | Review settlement claim form of S. Snyder; prepare for filing, file via ECF. | H.B.H. | .10 | $40.00 |
| 7/2/2019 | Email set. class members re. filed set. claim form. | J.L. | .20 | $43.00 |
| 7/3/2019 | Confer w/ HBH and SEK re. case status. | J.L. | .10 | $21.50 |
| 7/3/2019 | Confer with associate attorneys re status of matter. | H.B.H. | .10 | $40.00 |
| 7/3/2019 | Confer w/ HBH and JSL re: case status and priorities | S.K. | .10 | $20.50 |
| 7/5/2019 | Email Pls. Romano and Bradley re. filed settlement claim forms. | J.L. | .10 | $21.50 |
| 7/5/2019 | Review and prepare pre-bill. | J.L. | .20 | $43.00 |
| 7/5/2019 | Email to Pl. Romano re. timing of settlement process. | J.L. | .10 | $21.50 |

| | | | | |
|---|---|---|---|---|
| 7/8/2019 | Review email from HBH to opposing counsel re. fairness of settlement. | J.L. | .10 | $21.50 |
| 7/8/2019 | Review and respond to email from opposing counsel re. contact info. | J.L. | .10 | $21.50 |
| 7/8/2019 | Prepare and send scans of returned mail to defense counsel for telephone contact information. | J.L. | .20 | $43.00 |
| 7/9/2019 | Phone calls w/ Pls. Todd, Deets and O'Malley re. questions about settlement procedure. | J.L. | .50 | $107.50 |
| 7/9/2019 | Email to opposing counsel re. scheduling phone confer re. settlement. | J.L. | .10 | $21.50 |
| 7/9/2019 | Phone call w/ Pl. Galzerano re. questions about settlement status. | J.L. | .30 | $64.50 |
| 7/10/2019 | Update settlement class member tracker. | J.L. | .10 | $21.50 |
| 7/10/2019 | Phone call w/ Pl. Katsenelenbogen re. settlement status and questions. | J.L. | .10 | $21.50 |
| 7/10/2019 | Research on class notification and fairness issues. | J.L. | .50 | $107.50 |
| 7/10/2019 | Review pleadings file and settlement documents in preparation for phone confer. w/ opposing counsel on issue of fairness. | J.L. | .30 | $64.50 |
| 7/10/2019 | Phone call w/ SEK and opposing counsel re. fairness of settlement process. | J.L. | .40 | $86.00 |
| 7/10/2019 | Draft email to opposing counsel re. proposal for notification extension and issues of settlement fairness (0.6); revise email, send to opposing counsel (0.1). | J.L. | .70 | $150.50 |
| 7/10/2019 | Phone call w/ Pl. Markony re. questions about settlement process. | J.L. | .10 | $21.50 |
| 7/10/2019 | Confer w/HBH and JSL re: settlement status | S.K. | .40 | $82.00 |
| 7/10/2019 | Phone call w/ Pl. Schwarz re. settlement status and questions. | J.L. | .10 | $21.50 |
| 7/11/2019 | Phone call w/ interested, late settlement class member. | J.L. | .10 | $21.50 |
| 7/11/2019 | Phone call w/ late, interested settlement class member re. settlement status and options. | J.L. | .10 | $21.50 |
| 7/11/2019 | Review email from HBH to opposing counsel re. late opt-ins. | J.L. | .10 | $21.50 |
| 7/12/2019 | Phone call w/ late, interested settlement class member. | J.L. | .10 | $21.50 |
| 7/12/2019 | Draft email to opposing counsel re. fairness of settlement procedure and returned mail. | J.L. | .30 | $64.50 |
| 7/12/2019 | Review emails between HBH and opposing counsel re. issue of fairness of settlement notification process. | J.L. | .10 | $21.50 |
| 7/12/2019 | Review email from counsel re: fairness of settlement | S.K. | .10 | $20.50 |
| 7/13/2019 | Review file materials and draft lengthy comm to expert witnesses re calculations and related issues. | H.B.H. | .60 | $240.00 |
| 7/15/2019 | Review emails between HBH and expert re. damage calculations. | J.L. | .10 | $21.50 |
| 7/15/2019 | Review comm from opposing counsel re returned mail and other issues. | H.B.H. | .10 | $40.00 |
| 7/16/2019 | Phone call w/ interested, late settlement class | J.L. | .10 | $21.50 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| | member re. status of settlement. | | | |
| 7/16/2019 | Phone call w/ HBH, SEK and opposing counsel re. belated settlement class members. | J.L. | .50 | $107.50 |
| 7/16/2019 | Review settlement claim documents, identify when individuals reached out, if they were notified, draft email to HBH re. same. | J.L. | .50 | $107.50 |
| 7/16/2019 | Call w/ counsel re: returned mail and opt in forms | S.K. | .50 | $102.50 |
| 7/16/2019 | Tele conf with C. Pham re settlement claims and issues with returned mail, late expressions of interest. | H.B.H. | .50 | $200.00 |
| 7/18/2019 | Prepare and send email to opposing counsel notifying them of late opt-out. | J.L. | .10 | $21.50 |
| 7/19/2019 | Review emails between HBH and opposing counsel re. late settlement claim members. | J.L. | .10 | $21.50 |
| 7/19/2019 | Review file materials re belated filers; draft lengthy comm. to C. Pham re same. | H.B.H. | .30 | $120.00 |
| 7/23/2019 | Update settlement claim tracker. | J.L. | .20 | $43.00 |
| 7/23/2019 | Review and respond to comm to C. Pham re belated opt-ins. | H.B.H. | .10 | $40.00 |
| 7/25/2019 | Email opposing counsel re. late settlement claim form as well as wage and hour records for damage calculations. | J.L. | .10 | $21.50 |
| 7/26/2019 | Review and catalog wage and hour records for settlement opt-ins. | J.L. | .30 | $64.50 |
| 7/26/2019 | Review comm from opposing counsel re leave to file late opt-in. | H.B.H. | .10 | $40.00 |
| 8/7/2019 | Take inventory of wage and hour records received, send opposing counsel re. outstanding records. | J.L. | .20 | $43.00 |
| 8/7/2019 | Email to opposing counsel re. missing wage and hour documents. | J.L. | .10 | $21.50 |
| 8/7/2019 | Email to experts re. wage and hour documents and settlement calculations. | J.L. | .20 | $43.00 |
| 8/7/2019 | In-depth review of wage and hour documents to identify tip credit notices and any missing documents. | J.L. | 3.70 | $795.50 |
| 8/7/2019 | Review comm from JL to CP re missing documents. | H.B.H. | .10 | $40.00 |
| 8/8/2019 | Phone call w/ experts re. damage calculation methodology. | J.L. | .50 | $107.50 |
| 8/8/2019 | Review wage and hour documents and settlement agreement terms for damage calculations in preparation for call with experts re. damage calculation methodology. | J.L. | 1.80 | $387.00 |
| 8/8/2019 | Confer w/ HBH and SEK re. case status and upcoming assignments. | J.L. | .10 | $21.50 |
| 8/12/2019 | Respond to Pl. Berkman's text re. status update, send email with copy of filed settlement claim form. | J.L. | .20 | $43.00 |
| 8/13/2019 | Text Pl. Humphrey's re. settlement opt-in status, email settlement claim form. | J.L. | .10 | $21.50 |
| 8/13/2019 | Confer w/ HBH and SEK re. status of expert calculations. | J.L. | .10 | $21.50 |
| 8/13/2019 | Confer w/ HBH and JSL re. status of expert | S.K. | .10 | $20.50 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| | calculations. | | | |
| 8/19/2019 | Draft email to opposing counsel re. missing wage documents for Settlement Opt-In Marconi. | J.L. | .20 | $43.00 |
| 8/19/2019 | Review comm b/w J Liew and C Pham re K. Driver and M. Marconi; comm with J. Liew re same. | H.B.H. | .10 | $40.00 |
| 8/20/2019 | Review email from opposing counsel re. Pl. Marconi's change in position and missing wage/hour documents, communicate w/ HBH re. same (0.1); call Pl. Marconi for clarification on employment history w/ Defendants (0.1). | J.L. | .20 | $43.00 |
| 8/20/2019 | Comm with J. Liew re M. Marconi and calculation issues. | H.B.H. | .10 | $40.00 |
| 8/21/2019 | Draft email to opposing counsel re. outstanding wage and hour documents for Pl. Marconi, update as to schedule and deadlines. | J.L. | .10 | $21.50 |
| 8/21/2019 | Review comm from J. Liew and experts re status of matter. | H.B.H. | .10 | $40.00 |
| 8/22/2019 | Phone calls w/ experts re. questions and clarification on damage calculations. | J.L. | .20 | $43.00 |
| 8/23/2019 | Phone call w/ experts re. settlement calculation issues. | J.L. | .40 | $86.00 |
| 8/23/2019 | Review sample settlement calculations from experts to identify compliance with settlement agreement methodology and other issues. | J.L. | 1.40 | $301.00 |
| 8/23/2019 | Confer with J. Liew re status of expert calculations and preliminary results. | H.B.H. | .10 | $40.00 |
| 8/26/2019 | Review emails from experts re. questions for settlement calculations, review settlement agreement and wage and hour docs to answer questions. | J.L. | 1.00 | $215.00 |
| 8/26/2019 | In-depth review early calculations from experts to identify and issues or mistakes in process, draft email to experts re. same. | J.L. | .80 | $172.00 |
| 8/28/2019 | Phone conversation w/ Pl. Scharz re. insurance deductions from pay checks. | J.L. | .20 | $43.00 |
| 9/6/2019 | Email experts re. settlement damage calculations deadline. | J.L. | .10 | $21.50 |
| 9/6/2019 | Review multi comm b/w associate attorney and expert witness re status of matter. | H.B.H. | .10 | $40.00 |
| 9/9/2019 | Review and respond to email from expert re. settlement opt-ins who did not receive a tip credit notice. | J.L. | .10 | $21.50 |
| 9/10/2019 | Review and respond to email from expert re. damage calculations and proper crediting for monies paid. | J.L. | .20 | $43.00 |
| 9/10/2019 | In-depth review of experts settlement damage calculations, identify and catalog mistakes and issues, inform experts of same. | J.L. | 6.50 | $1,397.50 |
| 9/10/2019 | Multiple phone conversations w/ experts re. settlement damage calculations and issues. | J.L. | .80 | $172.00 |
| 9/11/2019 | Phone conversation w/ expert re. damage calculations. | J.L. | 1.50 | $322.50 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 9/11/2019 | Phone conversation w/ expert explaining sample worksheet and additional data entry requirements | J.L. | .40 | $86.00 |
| 9/11/2019 | Review settlement agreement, generate sample worksheet with proper overtime calculation equations. | J.L. | 1.70 | $365.50 |
| 9/11/2019 | Phone call w/ expert re. overtime hours check on calculations. | J.L. | .10 | $21.50 |
| 9/11/2019 | Phone call w/ experts re. issues with settlement damage calculations for Pls. w/ no tip credit notice. | J.L. | .30 | $64.50 |
| 9/11/2019 | In depth review of expert settlement damage calculations for issues and errors, catalog, email experts re. same. | J.L. | 6.20 | $1,333.00 |
| 9/12/2019 | Direction confer w/ HBH and SEK re. letter to settlement members who may not receive anything. | J.L. | .10 | $21.50 |
| 9/12/2019 | Phone calls w/ experts re. data entry questions and issues. | J.L. | .30 | $64.50 |
| 9/12/2019 | Status Conf. w/ HBH and JSL re: status of expert report and damage calculations. | S.K. | .10 | $20.50 |
| 9/12/2019 | Multiple in-depth phone calsl w/ experts re. settlement damage calculation issues and errors to be corrected. | J.L. | .90 | $193.50 |
| 9/12/2019 | Review expert reports for errors and issues, finalize expert reports for transmission to Defendants. | J.L. | 9.30 | $1,999.50 |
| 9/12/2019 | Multi comm and confs with J. Liew re calculations; review and provide advice re damage estimates. | H.B.H. | 1.30 | $520.00 |
| 9/13/2019 | Create summary of settlement damages. | J.L. | .10 | $21.50 |
| 9/16/2019 | Review email from opposing counsel re. disputes over damage calculations. | J.L. | .10 | $21.50 |
| 9/16/2019 | Draft Ltr to Class Members re: no damages. | S.K. | .30 | $61.50 |
| 9/16/2019 | Multiple phone calls w/ experts re. calculation errors for settlement damages. | J.L. | .90 | $193.50 |
| 9/16/2019 | Review emails from opposing counsel re. disputes to settlement calculations, review settlement calculations for errors and formulate corrections. | J.L. | 1.60 | $344.00 |
| 9/16/2019 | In depth review of wage and hour documents and expert calculations to compromise with Defendants on inclusion of adjustments in settlement damage calculations. | J.L. | 2.30 | $494.50 |
| 9/16/2019 | Tele conf with J. Kusel re status of matter. | H.B.H. | .20 | $80.00 |
| 9/16/2019 | Review multi comm from TC Pham re wage calculations; respond to same.  Confer with J. Liew re settlement calculations. | H.B.H. | .50 | $200.00 |
| 9/17/2019 | Multiple phone calls w/ experts re. correction of damage calculation issues. | J.L. | .70 | $150.50 |
| 9/17/2019 | Review/Organize billing records and draft lodestar statement. | S.K. | .70 | $143.50 |
| 9/17/2019 | Review multi comm from opposing counsel re calculation issues; review health insurance, meal/bev deduction issue, review payroll; confer with J Liew re appropriate response. | H.B.H. | .50 | $200.00 |
| 9/17/2019 | Draft email to opposing counsel re. ignoring | J.L. | .40 | $86.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| | deductions for insurance, beverages, food, and uniforms. | | | |
| 9/17/2019 | Review email from opposing counsel re. ignoring deductions for insurance, food, beverages, and uniforms (0.1); strategy confer w/ HBH re. terms of settlement agreement and response. | J.L. | .30 | $64.50 |
| 9/17/2019 | Revise email to opposing counsel re. ignoring deductions for insurance, beverages, food and uniforms, transmit email. | J.L. | .10 | $21.50 |
| 9/17/2019 | In-depth review of expert calculations and email from opposing counsel highlighting issues (1.4); review corrected calculations (2.6); draft lengthy email response to opposing counsel addressing issues, transmitting new calculation (0.9). | J.L. | 4.90 | $1,053.50 |
| 9/17/2019 | Confer with assoc atty re lodestar prep; review and finalize lodestar statement. Forward to C. Pham. | H.B.H. | .20 | $80.00 |
| 9/17/2019 | Multi confs with J. Liew re status of matter and disputes; review and revise draft lengthy comm by J. Liew to C. Pham. | H.B.H. | .20 | $80.00 |
| 9/19/2019 | Review email from opposing counsel re. additional issues in calculations, review calculations to confirm issues, review updated calculations (1.3); draft email to opposing counsel addressing calculation issues as well as issue of food, beverage, uniform, insurance deductions (0.4). | J.L. | 1.70 | $365.50 |
| 9/19/2019 | Multiple phone calls w/ experts to discuss and correct additional calculation issues raised by Defendants. | J.L. | .50 | $107.50 |
| 9/19/2019 | Phone call w/ Pl. Bradley re. signature on tip credit sheet. | J.L. | .10 | $21.50 |
| 9/19/2019 | Draft letters to Judge Coulson re. disputes in settlement calculations for deductions and late tip credit notices. | J.L. | 2.70 | $580.50 |
| 9/19/2019 | Finalize letters to Judge Coulson re. disputes over settlement damage calculations. | J.L. | .40 | $86.00 |
| 9/19/2019 | Review and revise draft letters re calculation disputes; confer with J. Liew re same. | H.B.H. | .80 | $320.00 |
| 9/20/2019 | Draft case status update to all settlement class members. | J.L. | .30 | $64.50 |
| 9/20/2019 | Review and respond to Pl. Kusel re. settlement status. | J.L. | .10 | $21.50 |
| 9/24/2019 | Review and respond to email from Pl. DiPietro re. settlement calculation disputes. | J.L. | .10 | $21.50 |
| 9/24/2019 | Review Defs response to letter to Judge Coulson re. late tip credit notices. | J.L. | .10 | $21.50 |
| 9/25/2019 | Review correspondence from Defendant to Judge Coulson re. insurance premium deductions. | J.L. | .10 | $21.50 |
| 9/26/2019 | Review settlement documents, draft email to opposing counsel re. deadline for final approval motion and potential discussion of attorneys fees and costs. | J.L. | .20 | $43.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 9/27/2019 | Review email from opposing counsel re. settlement of attorneys' fees and costs. | J.L. | .10 | $21.50 |
| 9/27/2019 | Review comm from Pham re negotiation of fees; draft response. | H.B.H. | .10 | $40.00 |
| 9/30/2019 | Review email from opposing counsel re. negotiation of attorneys' fees and costs. | J.L. | .10 | $21.50 |
| 9/30/2019 | Review and respond to comm from C. Pham re atty fee negotiation. | H.B.H. | .10 | $40.00 |
| 10/10/2019 | Review order re: process of finalizing settlement. | S.K. | .10 | $20.50 |
| 10/17/2019 | Draft final fairness motion. | J.L. | 5.10 | $1,096.50 |
| 10/17/2019 | Meet and confer with C. Pham re atty fees. | H.B.H. | .10 | $40.00 |
| 10/17/2019 | Review Order of Court re ruling on calcs; conf with JL re revised calcs. | H.B.H. | .10 | $40.00 |
| 10/18/2019 | Draft email to experts re. changes to damage calculations based on court's ruling on issues. | J.L. | .20 | $43.00 |
| 10/18/2019 | Review updated settlement damage calculations, draft email to experts re. same. | J.L. | .40 | $86.00 |
| 10/18/2019 | Draft and edit final fairness motion. | J.L. | 1.80 | $387.00 |
| 10/20/2019 | Draft comm to opposing counsel re fee offer. | H.B.H. | .10 | $40.00 |
| 10/21/2019 | Review updated damage calculations, draft email to experts re. errors requiring correcting. | J.L. | .60 | $129.00 |
| 10/21/2019 | Review email from HBH to opposing counsel re. settlement of attorneys' fees and costs. | J.L. | .10 | $21.50 |
| 10/21/2019 | Review updated expert damage calculations, send email to opposing counsel with same. | J.L. | .30 | $64.50 |
| 10/21/2019 | Review and edit proposed order. | J.L. | .80 | $172.00 |
| 10/21/2019 | Review email from opposing counsel re. settlement of attorneys' fees and costs. | J.L. | .10 | $21.50 |
| 10/21/2019 | Review and revise Joint Motion for Final Approval. Draft proposed Order; confer with JL re same. | H.B.H. | 2.60 | $1,040.00 |
| 10/21/2019 | Review comm from opposing counsel re fee negotiation; draft response. (.2 hrs). Review cost records. (.2 hrs) | H.B.H. | .40 | $160.00 |
| 10/22/2019 | Phone call w/ HBH and opposing counsel re. negotiating attorneys fees. | J.L. | .20 | $43.00 |
| 10/22/2019 | Draft and revise affidavit of claims administrator. | J.L. | 1.10 | $236.50 |
| 10/22/2019 | Review edits to final fairness motion and proposed order from opposing counsel, integrate, revise, finalize document for filing. | J.L. | 1.60 | $344.00 |
| 10/22/2019 | Tele conf with C. Pham (w J. Liew) re negotiations over attys fees. | H.B.H. | .20 | $80.00 |
| 10/25/2019 | Phone call w/ opposing counsel re. negotiating attorneys' fees and costs (0.2); draft email to HBH re. same (0.1). | J.L. | .30 | $64.50 |
| 10/25/2019 | Tele conf with opposing counsel (w J Liew) re fees/cost. | H.B.H. | .20 | $80.00 |
| 11/1/2019 | Phone call w/ HBH and opposing counsel to negotiate attorneys' fees and costs. | J.L. | .20 | $43.00 |
| 11/1/2019 | Strategy confer. w/ HBH re. time moving forward, work required, settlement of attorneys' fees and costs and other issues related to same. | J.L. | .40 | $86.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 11/1/2019 | Tele conf with Pham (and J. Liew) re fee/cost negotiation. | H.B.H. | .20 | $80.00 |
| 11/1/2019 | Strategy conf with assoc atty (J Liew) re status of matter. | H.B.H. | .40 | $160.00 |
| 11/5/2019 | Phone call w/ opposing counsel re. scheduling call on attorneys' fees, draft email to opposing counsel re. same. | J.L. | .10 | $21.50 |
| 11/6/2019 | Draft email to Pl. Whitacre re. case status. | J.L. | .20 | $43.00 |
| 11/6/2019 | Review order re: fairness hearing. | S.K. | .10 | $20.50 |
| 11/7/2019 | Review paperless order re. final fairness hearing. | J.L. | .10 | $21.50 |
| 11/7/2019 | Prepare letters and attachments for opt-in Plaintiffs who received no damages. | J.L. | .60 | $129.00 |
| 11/7/2019 | Review email from HBH to opposing counsel re. settling of attorneys fees and amending settlement agreement. | J.L. | .10 | $21.50 |
| 11/7/2019 | Draft comm to opposing counsel re status of matter and fee negotiation. | H.B.H. | .10 | $40.00 |
| 11/8/2019 | Phone call w/ opposing counsel re. scheduling discussion on attorneys' fees and costs. | J.L. | .10 | $21.50 |
| 11/8/2019 | Phone confer w/ HBH and opposing counsel re. attorneys fees and costs. | J.L. | .30 | $64.50 |
| 11/8/2019 | Tele conf with C. Pham (w/ J. Liew) re atty fee negotiation. | H.B.H. | .40 | $160.00 |
| 11/11/2019 | Tele conf with C. Pham re status of fees and payment date potentials. | H.B.H. | .10 | $40.00 |
| 11/11/2019 | Draft email to all Plaintiffs re. settlement status and need for tax forms. | J.L. | .20 | $43.00 |
| 11/11/2019 | Comm w/Plaintiffs re receiving their W4s and W9s | T.J.M. | .30 | $45.00 |
| 11/11/2019 | Send emails to Opt-in Plaintiffs who did not receive any recovery. | J.L. | .30 | $64.50 |
| 11/11/2019 | Prepare and finalize letters and attachments for transmission to Opt-In Plaintiffs who received no recovery. | J.L. | .80 | $172.00 |
| 11/11/2019 | Review and update outline for final fairness hearing. | J.L. | .30 | $64.50 |
| 11/11/2019 | Review file materials; prepare for hearing.  Draft outline re same.  Confer with assoc atty J Liew re final fairness hearing. | H.B.H. | 2.60 | $1,040.00 |
| 11/11/2019 | Review records; follow up call to C. Pham re settlement of fees.  (.3 hrs).  Draft comm. to C. Pham re fee negotiations.  (.2 hrs). | H.B.H. | .50 | $200.00 |
| 11/11/2019 | Review letter to individuals re no damages; conf with J. Liew re same. | H.B.H. | .30 | $120.00 |
| 11/12/2019 | Travel to and from District Court to attend and support HBH in Final Fairness Hearing. | J.L. | 3.30 | $709.50 |
| 11/12/2019 | Travel to and from US District Court for Final Fairness Hearing.  Attend Final Fairness Hearing.  Confer with J. Liew re same. | H.B.H. | 3.30 | $1,320.00 |
| 11/12/2019 | Review opposing counsel's edits to notice for attorneys' fees and proposed order. | J.L. | .20 | $43.00 |
| 11/12/2019 | Phone call w/ Pl. Gruzein re. settlement status and tax questions. | J.L. | .10 | $21.50 |

| Date | Description | | Amount | |
|------|-------------|---|--------|---|
| 11/12/2019 | Review emails between HBH and opposing counsel re. edits to proposed order and attorneys' fees notice. | J.L. | .10 | $21.50 |
| 11/12/2019 | Comm w/Plaintiffs re tax documents, saving said documents | T.J.M. | .20 | $30.00 |
| 11/12/2019 | Review time and billing records for Motion for Atty Fees and Costs. | H.B.H. | 3.20 | $1,280.00 |
| 11/12/2019 | Multi comm with J. Kusel re status of matter. | H.B.H. | .20 | $80.00 |
| 11/13/2019 | Collect plaintiffs tax documents. | T.J.M. | .10 | $15.00 |
| 11/15/2019 | ESTIMATED - Attorney Fees Motion. | H.B.H. | 10.00 | $4,000.00 |
| 11/15/2019 | ESTIMATED - Prepare Declaration; review and revise. | S.K. | .50 | $102.50 |
| 11/15/2019 | ESTIMATED - Prepare Declaration; review and revise. | J.L. | .50 | $107.50 |
| 11/15/2019 | ESTIMATED - Individual communications with class plaintiffs (tax docs, settlement payments, etc.) | T.J.M. | 10.00 | $1,500.00 |
| SUBTOTAL: | | | 383.00 | $98,890.50 |

**Costs**

| | |
|---|---|
| SUBTOTAL: | $0.00 |

**Matter Ledgers**

SUBTOTAL:

**Trust Account**

| | | |
|---|---|---|
| 11/15/2019 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $98,890.50

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $98,890.50